UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

Case. No. 0:14-cv-61497-KMW

|  |  |
|---|---|
| MARVIN A. BUEZO CABALLERO, <br> RENSO R. CASTILLO CLANCO, <br> ALEJANDRO CRUZ PONCE, <br> DIONICIO MARCIA CHAVER, <br> SELSO PALMA ULLOA, and <br> ANTHONY A. SIERRA HERNANDEZ, <br><br> **Plaintiffs,** <br><br> v. <br><br> ALL NATION STAFFING, LLC, <br> NESTOR B. MOLINA, and <br> PATRICK DAMIAN BURNS, <br><br> **Defendants.** <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a) Plaintiffs Marvin A. Buezo Caballero, Renso R. Castillo Clanco, Alejandro Cruz Ponce, Dionicio Marcia Chaver, Selso Palma Ulloa and Anthony A. Sierra Hernandez, by and through their attorneys, voluntarily dismisses this case without prejudice. Plaintiffs have made various attempts and have been unsuccessful in serving Defendants Pall Nations Staffing, Nestor B. Molina and Patrick Damian Burns with process.

Respectfully submitted,

*/s/ Karla C. Martinez*
Karla C. Martinez
Florida Bar No. 094674
e-mail:      karla@floridalegal.org

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar No.  287199
e-mail:	greg@floridalegal.org
Florida Legal Services, Inc.
 MIGRANT FARMWORKER JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone:	(561) 582-3921
Facsimile:	(561) 582-4884

Attorneys for Plaintiffs