UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-61497-CIV-WILLIAMS

MARVIN A. BUEZO CABALLERO, *et al.*,

    Plaintiffs,

vs.

ALL NATION STAFFING, LLC,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiffs' Notice of Dismissal (DE 4). Upon review of the Notice and the record, this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in chambers in Miami, Florida, this 19 day of August, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE